UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITALIZE OFFICIAL, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-07899 <br><br> JUDGE CHARLES P. KOCORAS <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant LETSCOL (identified on line 62 of the Schedule A of the Complaint).

Dated: September 15, 2025          Respectfully submitted,

/s/ Ann Marie Sullivan
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: attorney@scip.law

***ATTORNEYS FOR PLAINTIFF***