**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VITALIZE OFFICIAL LLC, | CASE NO.: 1:25-CV-07899 |
| PLAINTIFF, | |
| v. | HONORABLE JUDGE CHARLES P. KOCORAS |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## JOINT STATUS REPORT

Plaintiff, Vitalize Official LLC ("Vitalize" or "Plaintiff"), and Defendant 52. Loroc'e ("Loroc'e"), by and through their respective undersigned counsel, jointly file this status report in compliance with this Court's Minute Order entered on September 22, 2025. [44]. Plaintiff filed this action on July 11, 2025, alleging trademark and copyright infringement against the defendants identified on Schedule A (the "Defendants"). [2]. A temporary restraining order was entered against the Defendants on July 24, 2025 [23], which was subsequently extended to August 21, 2025. [29]. On August 18, 2025, Plaintiff served Defendant Loroc'e along with the remaining Defendants and provided notice of its Motion for Preliminary Injunction. [33]. This Court entered the Preliminary Injunction against the Defendants on August 20, 2025. [35].

Since receipt of service, Defendant Loroc'e filed an appearance and an unopposed motion for an extension of time to answer the Complaint, requesting an extension until October 13, 2025, before this Court. *See* [41] and [42]. Defendant Loroc'e's Motion for Extension of Time was granted by this Court on September 22, 2025. [44]. Plaintiff and Defendant Loroc'e continue to engage in settlement discussions and have agreed to a further extension of time for Defendant

1

Loroc'e to answer the Complaint, through October 27, 2025. If no settlement is reached, and no responsive pleading is filed by that date, Plaintiff anticipates filing its Motion for Entry of Default and Default Judgment against the Defendants.

Respectfully submitted on this the 20th day of October 2025 by:

| | |
|---|---|
| */s/ Gouthami V. Tufts* | /s/ *Baruch S. Gottesman* |
| Gouthami V. Tufts | Baruch S. Gottesman, Esq. |
| SULLIVAN & CARTER, LLP | GOTTESMAN LEGAL PLLC |
| 111 W. Jackson Blvd, Ste 1700 | 11 Broadway, Suite 615 |
| Chicago, Illinois 60604 | New York, NY 10004 |
| www.scip.law | (212) 401-6910 |
| 929-724-7529 | baruch.gottesman@gmail.com |
| g.tufts@scip.law | |
| | ***ATTORNEY FOR DEFENDANT LOROC'E*** |
| ***ATTORNEYS FOR PLAINTIFF*** | |