# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **VITALIZE OFFICIAL,**<br><br>                     Plaintiff,<br><br>~ *versus* ~<br><br>**THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A**,<br><br>                     Defendants. | Case No. **1:25-cv-07899**<br><br>**District Judge** Honorable Charles P. Kocoras<br><br>**Magistrate Judge** Keri L. Holleb Hotaling |

\

## NOTICE OF MOTION

## MOTION BY DEFENDANT LOROC'E
## TO DISMISS COMPLAINT AND STRIKE PURPORTED SERVICE (ECF 33)

      PLEASE TAKE NOTICE that pursuant to the Federal Rules 8, and 12(b), and other relevant rules and practices of this Court, the Defendant LOROC'E shall appear before the Honorable District Charles P. Kocoras at Courtroom 1801, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 on October 28, 2025, at 9:50 A.M. C.D.T[1] or at such time as this matter may be scheduled to be presented and heard on the following Motion:

      Motion by Defendant LOROC'E to Dismiss Complaint and
      Strike the purported Service of Process (ECF 33).[2]

---

[1] Pursuant to District Judge Korcoras part rules, all civil hearings will be held via telephone conference unless otherwise specified, See Part Rules at https://www.ilnd.uscourts.gov/attorney/judge-info.aspx?kVZhwf7SPC8=

[2] A separate Motion to Vacate the wrongly imposed Preliminary Injunction follows.

**Dated:** October 20, 2025

                                                                            RESPECTFULLY SUBMITTED,

By: _____

                                                                            Baruch S. Gottesman, Esq.
                                                                            New York Bar No. 4480539
                                                                            GOTTESMAN LEGAL PLLC
                                                                            11 Broadway, Suite 615
                                                                            New York, NY 10004
                                                                            Phone: (212) 401-6910
                                                                            bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and a courtesy copy to the e-mail of all Appearing Parties.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.