UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITALIZE OFFICIAL LLC, | CASE NO.: 25-CV-07899 |
| PLAINTIFF, | |
| v. | JUDGE CHARLES P. KOCORAS |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

## **DEFAULT JUDGMENT ORDER**

This action, having been commenced by Vitalize Official LLC ("Vitalize" or "Plaintiff") against the Defendants identified on Schedule A to the Complaint, and using the online marketplace accounts identified therein (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Vitalize, having moved for Entry of Default and Default Judgment against the Defendants identified on Schedule A to the Complaint, attached hereto, with the exception of a certain Defendant[1] (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Plaintiff, a Temporary Restraining Order and Preliminary Injunction against the Defaulting Defendants, which included an asset restraining order;

Plaintiff, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and email, along with any notice that Defaulting Defendants received from online marketplaces and payment processors, being notice

---

[1] Plaintiff's Motion for Entry of Default and Default Judgment does not apply to Defendant No. 52 Loroc'e.

1

reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can purchase products using counterfeit versions of Plaintiff's Trademarks and Copyrights (the "Counterfeit Products"). *See* [18], which includes screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the Supercalm Trademarks, identified in Exhibit 1 to the Complaint, and/or the Supercalm Copyrights, identified in Exhibit 2 to the Complaint.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114, *et seq*.), false designation of origin (15 U.S.C. § 1125(a), *et seq*.), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq*.), and willful copyright infringement (17 U.S.C. § 504(c)) as reflected in the attached Schedule A;

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Supercalm Trademarks and Supercalm Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Supercalm Product or not authorized by Vitalize to be sold in connection with the Supercalm Trademarks and Supercalm Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Supercalm product or any other product produced by Vitalize, that is not Vitalize's or not produced under the authorization, control or supervision of Vitalize and approved by Vitalize, for sale under the Supercalm Trademarks and Supercalm Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Vitalize, or are sponsored by, approved by, or otherwise connected with Vitalize;

   d. further infringing the Supercalm Trademarks and Supercalm Copyrights and damaging Vitalize's goodwill;

   e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Vitalize, nor authorized by Vitalize to be sold or offered for sale, and which bear any of the Supercalm Trademarks and Supercalm Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

3

    f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or Seller Alias account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit or infringing products; and,

    g. operating and/or hosting websites at any other online marketplace or domain name registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Supercalm Trademarks and Supercalm Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Supercalm Product, or not authorized by Vitalize to be sold in connection with the Supercalm Trademarks and Supercalm Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to, Alibaba Group Holding. Ltd. ("Alibaba"), Amazon, Inc. ("Amazon"), eBay, Inc ("eBay"), WhaleCo, Inc. d/b/a Temu ("Temu"), and Walmart, Inc. ("Walmart"); and any payment processors, such as PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), Alipay.com Co., Ltd. ("Alipay"), and Amazon Payments, Inc. ("Amazon Payments") (collectively referred to herein as "Third-Party Providers"), shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Supercalm Trademarks and Supercalm Copyrights, including any accounts associated with the Defendants;

    b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Supercalm Trademarks and Supercalm Copyrights; and,

    c.  take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Vitalize is awarded statutory damages from the Defaulting Defendants, in accordance with the attached Schedule A, in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Supercalm Trademarks.

4. Pursuant to 17 U.S.C. § 504(c)(2), Vitalize is awarded statutory damages from the Defaulting Defendants, in accordance with the attached Schedule A, in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Supercalm Copyrights.

5. Any third party who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' online marketplace accounts, including, without limitation, the Third-Party Payment Providers, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants and prevent the transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Third-Party Providers, are hereby released to Vitalize as partial payment of the above-identified damages, and the Third-Party Providers are ordered to release to Vitalize the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Vitalize has recovered full payment of monies owed to it by any Defaulting Defendant, Vitalize shall have the ongoing authority to serve this Order on the Third-Party

Payment Providers, and any other third-parties Plaintiff discovers that is in privity with the Defaulting Defendants, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third-Party Providers shall within five (5) business days:

    a. locate all accounts and funds connected to Defaulting Defendants and Defaulting Defendants' online marketplace accounts or financial accounts, including, but not limited to, any accounts connected to the information listed on Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third-parties;

    b. restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants;

    c. release all monies restrained in Defaulting Defendants' accounts to Vitalize, as partial payment of the above-identified damages; and,

    d. upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Defendant Internet Stores shall disable and/or cease facilitating access to the Defaulting Defendants, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods that infringe upon Plaintiff's Supercalm Trademarks and Supercalm Copyrights.

    8. In the event that Vitalize identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Vitalize may send notice of any supplemental proceeding to Defaulting Defendants

by email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third-parties.

      9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

      This is a Default Judgment.

Dated: 12/1/ 2025

                                     *Charles P. Kocoras*
                            United States District Court Judge Charles P. Kocoras

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITALIZE OFFICIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 25-CV-07899<br><br>JUDGE CHARLES P. KOCORAS<br><br>MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

# SCHEDULE A

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 1 | Guangzhou Acorn Whale Technology Co., Ltd. | acorns.en.alibaba.com | $100,000 | $100,000 |
| 2 | Guangdong Kanglai Biopharmaceutical Co., Ltd. | conlikebio.en.alibaba.com | $100,000 | $100,000 |
| 3 | Chengdu Deyinrunzhu Biotechnology Co., Ltd. | deyin2020.en.alibaba.com | $100,000 | |
| 4 | Shanghai Duolaian Health Management Co., Ltd. | duolaian.en.alibaba.com | $100,000 | $100,000 |
| 5 | Guangzhou Ludingji Pharmaceutical Co., Ltd. | gdjingpin.en.alibaba.com | $100,000 | $100,000 |
| 6 | Xi'an Green Biotech Co., Ltd. | greenbiotech.en.alibaba.com | $100,000 | $100,000 |
| 7 | Guangzhou Muhua Pharmaceutical Co., Ltd. | gzmuhua.en.alibaba.com | $100,000 | |
| 8 | Guangzhou Yiqian Biotechnology Co., Ltd. | gzyiqian.en.alibaba.com | $100,000 | $100,000 |
| 9 | Shenzhen Junqi Technology Co., Ltd. | health2012.en.alibaba.com | $100,000 | |
| 10 | Healthy Co., Ltd. | healthy188.en.alibaba.com | $100,000 | $100,000 |
| 11 | BONS BIOTECHNOLOGY LIMITED | hkbons.en.alibaba.com | $100,000 | $100,000 |
| 12 | Haikou Port Pharmaceutical Trading Co., Ltd. | hkgymy.en.alibaba.com | $100,000 | $100,000 |
| 13 | Jiabeikang (guangzhou) Pharmaceutical Holdings Co., Ltd. | jiabeikang.en.alibaba.com | $100,000 | $100,000 |
| 14 | Guangzhou Jianrun Health Industry Co., Ltd. | jianrunhealth.en.alibaba.com | $100,000 | $100,000 |
| 15 | Xi'an Julyherb Bio-Tech Co., Ltd. | julyherb.en.alibaba.com | $100,000 | |
| 16 | Zhengzhou Linnuo Pharmaceutical Co., Ltd. | linnuoyaoye.en.alibaba.com | $100,000 | $100,000 |
| 17 | Chongqing Loridale Biotech Co., Ltd. | loridale.en.alibaba.com | $100,000 | $100,000 |
| 18 | Guangzhou Ludingji Biotechnology Co., Ltd. | ludingji.en.alibaba.com | $100,000 | $100,000 |

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 19 | Niuxilai(guangzhou) Biotechnology Co., Ltd. | newhill.en.alibaba.com | $100,000 | $100,000 |
| 20 | Nutrivoice (Guangzhou) Trading Co., Ltd. | nutrivoice.en.alibaba.com | $100,000 | $100,000 |
| 21 | Shaanxi Shangyi Zhonghui Technology Co., Ltd. | powderpower.en.alibaba.com | $100,000 | $100,000 |
| 22 | Shenzhen Colorful Mingyang Network Technology Co., Ltd. | qicaimy.en.alibaba.com | $100,000 | $100,000 |
| 23 | Shenzhen Qixiangche Import & Export Co., Ltd. | qixiangche.en.alibaba.com | $100,000 | $100,000 |
| 24 | Xi'an Sentian Biotechnology Co., Ltd. | sentianherb.en.alibaba.com | $100,000 | $100,000 |
| 25 | Shanghai Yaoyi New Materials Firm (individual Business) | shanghaiyaoyi.en.alibaba.com | $100,000 | $100,000 |
| 26 | Shaanxi Silk Road Lanting Trading Co., Ltd. | silulanting.en.alibaba.com | $100,000 | |
| 27 | Shaanxi Yixuan Da Technology Co., Ltd | sxyxd.en.alibaba.com | $100,000 | $100,000 |
| 28 | Shenzhen Yidishi Industrial Co., Ltd. | szeds.en.alibaba.com | $100,000 | $100,000 |
| 29 | | Dismissed | | |
| 30 | | Dismissed | | |
| 31 | Xi'an Haosen Biotech Co., Ltd. | xianhaosen.en.alibaba.com | $100,000 | $100,000 |
| 32 | Xi'an Julong Import And Export Co., Ltd. | xianjulang.en.alibaba.com | $100,000 | |
| 33 | Yatcon (International) Industrial Co., Limited | yatconhealthcare.en.alibaba.com | $100,000 | |
| 34 | Xiangyang Yefra Herbal Health Technology Co., Ltd. | yefra.en.alibaba.com | $100,000 | $100,000 |
| 35 | Guangzhou Yitijian Bioengineering Co., Ltd. | yitijian.en.alibaba.com | $100,000 | $100,000 |
| 36 | Xi'an Zhengzesheng Trading Co., Ltd. | zeshengherb.en.alibaba.com | $100,000 | $100,000 |
| 37 | ONEDEW | amazon.com/sp?seller=A11X5NXK05KLUJ | $100,000 | $100,000 |
| 38 | Maiseng | amazon.com/sp?seller=A1481FK975I5Y3 | $100,000 | |
| 39 | Nutryve-FZY US | amazon.com/sp?seller=A18HB7FFTBEQUK | $100,000 | |
| 40 | Natural Vital Verve | amazon.com/sp?seller=A1A8JHSPS9TS1Y | $100,000 | $100,000 |
| 41 | dapuu | amazon.com/sp?seller=A1E5Z43GDDKPF1 | $100,000 | $100,000 |
| 42 | Yuyixuan | amazon.com/sp?seller=A1F0RZ5GPSHJOL | $100,000 | |
| 43 | YiLeiSale | amazon.com/sp?seller=A1GESNIGJMMGWV | $100,000 | |
| 44 | Nutralife Nutrition (formerly Calmify Nutrition) | amazon.com/sp?seller=A1QMCCIJK0BBUC | $100,000 | |
| 45 | ShuDanN | amazon.com/sp?seller=A1WA9RYCJ99NAU | $100,000 | $100,000 |
| 46 | ZhouXIaoShop | amazon.com/sp?seller=A1Z59QLJ0S4LGX | $100,000 | |
| 47 | LibertyLaneBoutique | amazon.com/sp?seller=A23I1J9STNHO6A | $100,000 | $100,000 |
| 48 | ZHANGYANFANGKEJI | amazon.com/sp?seller=A26UX0O692QMX8 | $100,000 | |
| 49 | Firehope-US | amazon.com/sp?seller=A2JFSE6T02MR1D | $100,000 | $100,000 |
| 50 | xiangtongshangmao | amazon.com/sp?seller=A2LZHOT97A6KS3 | $100,000 | |

2

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 51 | Enrich JY | amazon.com/sp?seller=A2MEOQAUUNQV36 | $100,000 | $100,000 |
| 52 | | Exception | | |
| 53 | PJWXY | amazon.com/sp?seller=A2WUUB0AYZAB0K | $100,000 | |
| 54 | gongyuanshidaicheng | amazon.com/sp?seller=A35904WHLMZMX1 | $100,000 | |
| 55 | FIATHER | amazon.com/sp?seller=A35C18M1NOX6CU | $100,000 | |
| 56 | Juruuvoli | amazon.com/sp?seller=A38RJNIAQ7O1T | $100,000 | |
| 57 | khaza store | amazon.com/sp?seller=A3CCIA3KDDX2LZ | $100,000 | $100,000 |
| 58 | YooY Store | amazon.com/sp?seller=A3O3IDCA9VLUW8 | $100,000 | |
| 59 | ZAVAGO-US (7-15 Days Fast Delivery) [formerly PuffcoPal] | amazon.com/sp?seller=A3S9T3B43E4242 | $100,000 | $100,000 |
| 60 | OrganicVigor | amazon.com/sp?seller=A3U3RV9VVN8JUE | $100,000 | $100,000 |
| 61 | shandongshangweiyidianzhuangshiyouxian gongsi | amazon.com/sp?seller=A7AANWVO8OOHX | $100,000 | |
| 62 | | Dismissed | | |
| 63 | | Dismissed | | |
| 64 | ANJIWEIDALINGSHOU | amazon.com/sp?seller=AK282WD2162FO | $100,000 | |
| 65 | TrigThings | amazon.com/sp?seller=AO2TVZB4IRGOB | $100,000 | |
| 66 | Fuyang City Suguang Trading Co., Ltd | amazon.com/sp?seller=AVXOAF8V6U4YC | $100,000 | $100,000 |
| 67 | HUIMAMDO | amazon.com/sp?seller=AX3CDP6XVC27O | $100,000 | $100,000 |
| 68 | aassaad12 | ebay.com/usr/aassaad12 | $100,000 | $100,000 |
| 69 | abha612341 | ebay.com/usr/abha612341 | $100,000 | $100,000 |
| 70 | af4499_9 | ebay.com/usr/af4499_9 | $100,000 | $100,000 |
| 71 | ahlsen-shop | ebay.com/usr/ahlsen | $100,000 | $100,000 |
| 72 | aisizuotianle | ebay.com/usr/aisizuotianle | $100,000 | $100,000 |
| 73 | | Dismissed | | |
| 74 | aperforing | ebay.com/usr/aperforing | $100,000 | $100,000 |
| 75 | archidbu | ebay.com/usr/archidbu | $100,000 | $100,000 |
| 76 | AU_AU_Factoryshop | ebay.com/usr/au_factoryshop | $100,000 | $100,000 |
| 77 | auroraea | ebay.com/usr/auroraea | $100,000 | $100,000 |
| 78 | b2c.es.b2c (formerly CA.CIFbuy.Official) | ebay.com/usr/b2c.es.b2c | $100,000 | $100,000 |
| 79 | | Dismissed | | |
| 80 | balls-343 | ebay.com/usr/balls-343 | $100,000 | $100,000 |
| 81 | bhfks76 | ebay.com/usr/bhfks76 | $100,000 | $100,000 |
| 82 | blindelody | ebay.com/usr/blindelody | $100,000 | $100,000 |
| 83 | | Dismissed | | |

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 84 | circuitswifts | ebay.com/usr/circuitswifts | $100,000 | $100,000 |
| 85 | costalhic | ebay.com/usr/costalhic | $100,000 | $100,000 |
| 86 | cupidcupid | ebay.com/usr/cupidcupid | $100,000 | $100,000 |
| 87 | cx214xe | ebay.com/usr/cx214xe | $100,000 | $100,000 |
| 88 | dadayiyi | ebay.com/usr/dadayiyi | $100,000 | $100,000 |
| 89 | davismd-089 | ebay.com/usr/davismd-089 | $100,000 | $100,000 |
| 90 | DE.FactoryShop | ebay.com/usr/de.factoryshop | $100,000 | $100,000 |
| 91 | dinggego | ebay.com/usr/dinggego | $100,000 | $100,000 |
| 92 | diyagab_2 | ebay.com/usr/diyagab_2 | $100,000 | $100,000 |
| 93 | donhuliy | ebay.com/usr/donhuliy | $100,000 | $100,000 |
| 94 | ergtrg78 | ebay.com/usr/ergtrg78 | $100,000 | $100,000 |
| 95 | es_factoryshop (formerly HelloYoung.Store) | ebay.com/usr/es_factoryshop | $100,000 | $100,000 |
| 96 | HelloYoung.Mall | ebay.com/usr/es.cifbuy | $100,000 | $100,000 |
| 97 | fbgbg1236 | ebay.com/usr/fbgbg1236 | $100,000 | $100,000 |
| 98 | fdhkwe9 | ebay.com/usr/fdhkwe9 | $100,000 | $100,000 |
| 99 | | Dismissed | | |
| 100 | | Dismissed | | |
| 101 | gadgetglim | ebay.com/usr/gadgetglim | $100,000 | $100,000 |
| 102 | godlikely | ebay.com/usr/godlikely | $100,000 | $100,000 |
| 103 | gourmetgelights | ebay.com/usr/gourmetgelights | $100,000 | $100,000 |
| 104 | haifantian | ebay.com/usr/haifantian | $100,000 | $100,000 |
| 105 | HardwareStore No.7 | ebay.com/usr/hardwarestoreno7 | $100,000 | $100,000 |
| 106 | helloyoung.im (formerly 711.shoppingmall) | ebay.com/usr/helloyoung.im | $100,000 | $100,000 |
| 107 | holmesy | ebay.com/usr/holmesy | $100,000 | $100,000 |
| 108 | | Dismissed | | |
| 109 | HuaShi GongTeng | ebay.com/usr/huashigongteng | $100,000 | $100,000 |
| 110 | huim_45 | ebay.com/usr/huim_45 | $100,000 | $100,000 |
| 111 | im.factory (formerly HelloYoung.SmartFactory) | ebay.com/usr/im.factory | $100,000 | $100,000 |
| 112 | ioxxzx | ebay.com/usr/ioxxzx | $100,000 | $100,000 |
| 113 | it_factoryshop (formerly CIFbuy.Shop) | ebay.com/usr/it_factoryshop | $100,000 | $100,000 |
| 114 | joyfeelfeel | ebay.com/usr/joyfeelfeel | $100,000 | $100,000 |
| 115 | | Dismissed | | |
| 116 | lanjinling | ebay.com/usr/lanjinling | $100,000 | $100,000 |

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 117 | leeshop888 | ebay.com/usr/leeshop888 | $100,000 | $100,000 |
| 118 | lenabilli | ebay.com/usr/lenabilli | $100,000 | $100,000 |
| 119 | | Dismissed | | |
| 120 | Luméera | ebay.com/usr/lumeera | $100,000 | $100,000 |
| 121 | luxeliving56 | ebay.com/usr/luxeliving56 | $100,000 | $100,000 |
| 122 | majestichub-12 | ebay.com/usr/majestichub-12 | $100,000 | $100,000 |
| 123 | marciee | ebay.com/usr/marciee | $100,000 | $100,000 |
| 124 | mcvjdo45 | ebay.com/usr/mcvjdo45 | $100,000 | $100,000 |
| 125 | meralmporium | ebay.com/usr/meralmporium | $100,000 | $100,000 |
| 126 | mercuryx7 | ebay.com/usr/mercuryx7 | $100,000 | $100,000 |
| 127 | mermaid-love-you | ebay.com/usr/mermaidloveyou | $100,000 | $100,000 |
| 128 | moonrede | ebay.com/usr/moonrede | $100,000 | $100,000 |
| 129 | my.factoryshop (formerly I.FactoryShop) | ebay.com/usr/my.factoryshop | $100,000 | $100,000 |
| 130 | novafind | ebay.com/usr/novafind | $100,000 | $100,000 |
| 131 | panvbz | ebay.com/usr/panvbz | $100,000 | $100,000 |
| 132 | peiguoqing | ebay.com/usr/peiguoqing | $100,000 | $100,000 |
| 133 | piaomiaofeng | ebay.com/usr/piaomiaofeng | $100,000 | $100,000 |
| 134 | picoco | ebay.com/usr/picoco | $100,000 | $100,000 |
| 135 | pipipox21 | ebay.com/usr/pipipox21 | $100,000 | $100,000 |
| 136 | PIPIPOX31 | ebay.com/usr/pipipox31 | $100,000 | $100,000 |
| 137 | pl.factoryshop (formerly AUS.Tea) | ebay.com/usr/pl.factoryshop | $100,000 | $100,000 |
| 138 | qiang566 | ebay.com/usr/qiang566 | $100,000 | $100,000 |
| 139 | risachel | ebay.com/usr/risachel | $100,000 | $100,000 |
| 140 | Rollauto | ebay.com/usr/rollauto | $100,000 | $100,000 |
| 141 | rosinati_62 | ebay.com/usr/rosinati_62 | $100,000 | $100,000 |
| 142 | rtggs54a | ebay.com/usr/rtggs54a | $100,000 | $100,000 |
| 143 | ruoyueliangyilai | ebay.com/usr/ruoyueliangyilai | $100,000 | $100,000 |
| 144 | shepe_3i | ebay.com/usr/shepe_3i | $100,000 | $100,000 |
| 145 | snack-8 | ebay.com/usr/snack-8 | $100,000 | $100,000 |
| 146 | sondersqi | ebay.com/usr/sondersqi | $100,000 | $100,000 |
| 147 | speedpro-auto-parts | ebay.com/usr/speedproautoparts | $100,000 | $100,000 |
| 148 | stylesplashes | ebay.com/usr/stylesplashes | $100,000 | $100,000 |
| 149 | tinatina | ebay.com/usr/tinatina | $100,000 | $100,000 |
| 150 | tlpfgkgf454 | ebay.com/usr/tlpfgkgf454 | $100,000 | $100,000 |

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 151 | trendyorganizers | ebay.com/usr/trendyorganizers | $100,000 | $100,000 |
| 152 | | Dismissed | | |
| 153 | uiwegyu56 | ebay.com/usr/uiwegyu56 | $100,000 | $100,000 |
| 154 | urbannestgood | ebay.com/usr/urbannestgood | $100,000 | $100,000 |
| 155 | us.elife (formerly 711.Fastshipping) | ebay.com/usr/us.elife | $100,000 | $100,000 |
| 156 | CA.smartshopping | ebay.com/usr/usa.outlets | $100,000 | $100,000 |
| 157 | vassyt12 | ebay.com/usr/vassyt12 | $100,000 | $100,000 |
| 158 | wagn-17 | ebay.com/usr/wagn17 | $100,000 | $100,000 |
| 159 | weiheyui | ebay.com/usr/weiheyui | $100,000 | $100,000 |
| 160 | weillowwsqay | ebay.com/usr/weillowwsqay | $100,000 | $100,000 |
| 161 | whi8indsve5 | ebay.com/usr/whi8indsve5 | $100,000 | $100,000 |
| 162 | xgvj_2 | ebay.com/usr/xgvj_2 | $100,000 | $100,000 |
| 163 | xiaogpiaopiaoo | ebay.com/usr/xiaogpiaopiaoo | $100,000 | $100,000 |
| 164 | xuansuhuohenjiu | ebay.com/usr/xuansuhuohenjiu | $100,000 | $100,000 |
| 165 | | Dismissed | | |
| 166 | xxli_6571 | ebay.com/usr/xxli6571 | $100,000 | $100,000 |
| 167 | ymme16 | ebay.com/usr/ymme16 | $100,000 | $100,000 |
| 168 | youchuxinkuan | ebay.com/usr/youchuxinkuan | $100,000 | $100,000 |
| 169 | yukikiss | ebay.com/usr/yukikiss | $100,000 | $100,000 |
| 170 | yusiawa3 | ebay.com/usr/yusiawa3 | $100,000 | $100,000 |
| 171 | ywegrfymk | ebay.com/usr/ywegrfymk | $100,000 | $100,000 |
| 172 | zwmeright25 | ebay.com/usr/zwmeright25 | $100,000 | $100,000 |
| 173 | KISUGBI | temu.com/tt--m-634418213600922.html | | $100,000 |
| 174 | TM monopoly | temu.com/tt--m-634418214650581.html | $100,000 | $100,000 |
| 175 | LDJ Nutrikey | temu.com/tt--m-634418217435559.html | $100,000 | |
| 176 | Kisugbw | temu.com/tt--m-634418218290158.html | $100,000 | $100,000 |
| 177 | | Dismissed | | |
| 178 | Yeaaut | temu.com/tt--m-634418219229072.html | | $100,000 |
| 179 | KISUGBY NUTRITION | temu.com/tt--m-635517728574895.html | $100,000 | $100,000 |
| 180 | Kisugby Vitality | temu.com/tt--m-635517729248001.html | $100,000 | $100,000 |
| 181 | Customer WINDS | walmart.com/reviews/seller/101579040 | $100,000 | $100,000 |
| 182 | genwosiquanjia llcxy | walmart.com/reviews/seller/101632075 | $100,000 | $100,000 |
| 183 | baoliqing | walmart.com/reviews/seller/101640790 | $100,000 | $100,000 |
| 184 | Global Home Essentials Co.Ltd | walmart.com/reviews/seller/101646637 | $100,000 | $100,000 |

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 185 | HONGKONG PHIBILLY CO.,LIMITED | walmart.com/reviews/seller/101649442 | $100,000 | $100,000 |
| 186 | A Butler | walmart.com/reviews/seller/101655110 | $100,000 | $100,000 |
| 187 | BKTMALL | walmart.com/reviews/seller/101661937 | $100,000 | $100,000 |
| 188 | QQSiiuen | walmart.com/reviews/seller/101678059 | $100,000 | $100,000 |
| 189 | Keepwin | walmart.com/reviews/seller/101681037 | $100,000 | $100,000 |
| 190 | Muhou | walmart.com/reviews/seller/101683118 | $100,000 | $100,000 |
| 191 | wei-diexy | walmart.com/reviews/seller/101690633 | $100,000 | $100,000 |
| 192 | XYMIJE.LLC | walmart.com/reviews/seller/102479008 | $100,000 | $100,000 |
| 193 | Xiangtong | walmart.com/reviews/seller/102486442 | $100,000 | $100,000 |
| 194 | W-Butler | walmart.com/reviews/seller/102491556 | $100,000 | $100,000 |
| 195 | xiangyangyiluxs | walmart.com/reviews/seller/102492507 | $100,000 | $100,000 |
| 196 | XQOIPDJ XY | walmart.com/reviews/seller/102495757 | $100,000 | $100,000 |
| 197 | | Dismissed | | |
| 198 | Yorina (formerly ZHJanuiu) | walmart.com/reviews/seller/102501174 | $100,000 | $100,000 |
| 199 | Glittering&Beauty | walmart.com/reviews/seller/102502783 | $100,000 | $100,000 |
| 200 | chenlinchenlin | walmart.com/reviews/seller/102510481 | $100,000 | $100,000 |
| 201 | SCENT HOME | walmart.com/reviews/seller/102511202 | $100,000 | $100,000 |
| 202 | Nouveau Nest (formerly huangtaoyong) | walmart.com/reviews/seller/102512327 | $100,000 | $100,000 |
| 203 | linjingwen | walmart.com/reviews/seller/102513353 | $100,000 | $100,000 |
| 204 | Jurycqq Co.Ltd | walmart.com/reviews/seller/102513628 | $100,000 | $100,000 |
| 205 | xctdzgdgxy | walmart.com/reviews/seller/102513663 | $100,000 | $100,000 |
| 206 | LinYueLian | walmart.com/reviews/seller/102515085 | $100,000 | $100,000 |
| 207 | KeKecp | walmart.com/reviews/seller/102515927 | $100,000 | $100,000 |
| 208 | Chenbizhashangmao | walmart.com/reviews/seller/102516124 | $100,000 | $100,000 |
| 209 | ZhaoBoShen | walmart.com/reviews/seller/102516256 | $100,000 | $100,000 |
| 210 | | Dismissed | | |
| 211 | | Dismissed | | |
| 212 | BTRRUISHOP (formerly beiterui) | walmart.com/reviews/seller/102537187 | $100,000 | $100,000 |
| 213 | | Dismissed | | |
| 214 | jieyx | walmart.com/reviews/seller/102612174 | $100,000 | $100,000 |
| 215 | | Dismissed | | |
| 216 | | Dismissed | | |
| 217 | xyGuangzhouhongxinjiaju | walmart.com/reviews/seller/102613662 | $100,000 | $100,000 |
| 218 | | Dismissed | | |

7

| No. | Defendant / Seller Alias | Marketplace URL | Trademark Infringement Damages | Copyright Infringement Damages |
|---|---|---|---|---|
| 219 | GQFDBS | walmart.com/reviews/seller/102616261 | $100,000 | $100,000 |
| 220 | XIAODONG | walmart.com/reviews/seller/102630383 | $100,000 | $100,000 |
| 221 | wuzhenzhu | walmart.com/reviews/seller/102633813 | $100,000 | $100,000 |
| 222 | shegrace | walmart.com/reviews/seller/102636729 | $100,000 | $100,000 |
| 223 | USdr | walmart.com/reviews/seller/102638208 | $100,000 | $100,000 |
| 224 | IYYDS.llcxy (formerly kegugongchengjishuzixunXY) | walmart.com/reviews/seller/102638829 | $100,000 | $100,000 |
| 225 | xypingdingshanshishijia | walmart.com/reviews/seller/102638904 | $100,000 | $100,000 |
| 226 | Kamal Deals | walmart.com/reviews/seller/102649200 | $100,000 | $100,000 |
| 227 | xuankedianzishangwuy | walmart.com/reviews/seller/102655317 | $100,000 | $100,000 |
| 228 | maochengshangmaoXY | walmart.com/reviews/seller/102672340 | $100,000 | $100,000 |
| 229 | xyhaosha | walmart.com/reviews/seller/102675585 | $100,000 | $100,000 |
| 230 | RINCY AGRO TECH | walmart.com/reviews/seller/102713223 | $100,000 | $100,000 |
| 231 | nanyangyydsXY | walmart.com/reviews/seller/102717455 | $100,000 | $100,000 |
| 232 | Nexw-Yorky | walmart.com/reviews/seller/102717968 | $100,000 | $100,000 |
| 233 | | Dismissed | | |
| 234 | xekosk | walmart.com/reviews/seller/102745947 | $100,000 | $100,000 |
| 235 | | Dismissed | | |
| 236 | RduanMY | walmart.com/reviews/seller/102751059 | $100,000 | $100,000 |
| 237 | chongyangxianwuqingcheng | walmart.com/reviews/seller/102751381 | $100,000 | $100,000 |
| 238 | ZhachongCo., Ltd (formerly haerbinlijunshangmao) | walmart.com/reviews/seller/102770517 | $100,000 | $100,000 |