IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VITALIZE OFFICIAL,**<br><br>Plaintiff,<br><br>~ *versus* ~<br><br>**THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A**,<br><br>Defendants. | Case No. **1:25-cv-07899**<br><br>**District Judge** Honorable Charles P. Kocoras<br><br>**Magistrate Judge** Keri L. Holleb Hotaling |

\

NOTICE OF MOTION

**MOTION BY DEFENDANT LOROC'E
TO MODIFY INJUNCTION** *and to*
**FILE MATERIAL UNDER SEAL**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, Rule 65 and other relevant Rules and practices of this Court the Defendant Loroc'e shall appear before the Honorable District Judge Charles P. Kocoras at Courtroom 1801, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 on December 16, 2025, at 9:50 A.M. C.D.T[1] at such time this matter may be scheduled to be presented and heard on a the following Motion:

> Motion by Loroc'e pursuant to Federal Rules of Civil Procedure Rules 65 and other relevant rules and practices for this Court for Order modifying the Preliminary Injunction issued August 20, 2025 (ECF 35), as against Loroc'e because even in the event that the Plaintiff were to win a final judgment,

---

[1] Pursuant to District Judge Korcoras part rules, all civil hearings will be held via telephone conference unless otherwise specified, See Part Rules at https://www.ilnd.uscourts.gov/attorney/judge-info.aspx?kVZhwf7SPC8=

the damages would be significantly less than the amount frozen. In addition, if the Court requires further documentary evidence, they seek leave to file any such further documentary evidence that includes closely guarded business secrets under Seal.

**Dated:** December 5, 2025

                                                RESPECTFULLY SUBMITTED,

By: _____
Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and a courtesy copy to the e-mail of all Appearing Parties.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.