**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VITALIZE OFFICIAL LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 25-CV-07899

JUDGE CHARLES P. KOCORAS

**ORDER MODIFYING THE PRELIMINARY INJUNCTION**
**AS TO DEFENDANT LOROC'E**

The asset freeze granted in the Preliminary Injunction Order entered on August 20, 2025

[35] (the "Preliminary Injunction"), is hereby modified as to the following Defendant, as follows:

| Defendant | Restrained Amount |
|---|---|
| 52. Loroc'e | $10,000.00 |

The Online Marketplaces and the Payment Processors — as defined in the Preliminary

Injunction, which include, but are not limited to, Amazon and PayPal — are hereby directed to

modify the currently in place asset restraint to the Restrained Amount identified above.

IT IS SO ORDERED.

Dated: February 11, 2026

_____
Hon. Charles P. Kocoras
United States District Judge