# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Vitalize Official, LLC

|  |  |
|---|---|
|  | Plaintiff, |
| v. | Case No.: 1:25–cv–07899 |
|  | Honorable Charles P. Kocoras |

Guangzhou Acorn Whale Technology Co., Ltd., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: The Court has reviewed the status report [89]. In light of the parties having reached a settlement in principle, Defendant Loroc'e's motion to dismiss [54] is denied as moot. If a stipulation of dismissal is not filed by 4/23/2026, a status report shall be due on that date. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.